**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

_____

IN RE:                                                )
                                                       )
ROSINA DENISE COOK                       )          Case No. 16−32472−KRH
                                                       )          Chapter 13
_____ Debtor _____)

### ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtor; and it

APPEARING TO THE COURT that the Debtor filed this case under Chapter 13 of the

U.S. Bankruptcy Code on May 16, 2016; and it

FURTHER APPEARING that the Debtor has applied for and Movement Mortgage, LLC

has pre-approved a FHA fixed-rate home mortgage to the Debtor in the amount of $354,815.00

plus interest estimated at 5.250% and APR estimated at 6.268% to be repaid with 360 equal

monthly payments of around $2,519.79 for the principal, interest, taxes, and insurance to

purchase the property located at 5149 Virgil Drive, Henrico, Virginia 23231, which is also

described as:

> All that certain lot, piece or parcel of land being in Henrico County, Virginia, with
> improvements thereon and appurtenances thereto belonging, being designated as
> Lot 18, Block D, Section 1, Mansfield Woods Subdivision, Varina Magisterial
> District, Parcel ID 841-687-9340;

("Property"); and it

FURTHER APPEARING that the Debtor needs to purchase the Property because she is

the mother to four children, all whom live with her, and her family has outgrown their rental;  the

source of funds for the approximate $12,740.28 down payment will be from her increase in

income due to two job promotions, child support, and tax refunds; the purchase of the Property is

in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein; the Debtor's Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtor's Motion to Incur Debt should be granted; it is therefore

ORDERED that Debtor's Motion to Incur Debt be, and the same is hereby GRANTED, and the Debtor shall be permitted to borrow an amount not to exceed $354,815.00 plus interest estimated at 5.250% and APR estimated at 6.268% to be repaid with 360 equal monthly payments of around $2,519.79 for the principal, interest, taxes, and insurance to purchase the Property.

Richmond, Virginia.

Date: Apr 18 2019

/s/ Kevin R Huennekens

United States Bankruptcy Judge

Entered on Docket: Apr 18 2019

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218−1780

## CERTIFICATION OF COUNSEL

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

## SERVICE LIST

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Suzanne E. Wade, Chapter 13 trustee
P.O. Box 1780
Richmond, VA 23218−1780

Robert Van Arsdale, Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219