## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROSINA DENISE COOK ) | Case No. 16-32472-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for her Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 16, 2016.

2. The Debtor has applied for and Movement Mortgage, LLC has approved a loan to the Debtor in the amount of $378,826.00 plus interest at 3.625% per annum to be repaid with estimated equal monthly payments of approximately $2,296.00 for principal and interest for the purchase of a home located at 8902 Mansfield Woods Drive, Henrico, Virginia 23231. The loan term is thirty 300 months. A copy of the Closing Disclosure is attached hereto as Exhibit "A" and incorporated herein by this reference. The closing costs are to be paid by the Debtor.

3. The purchase of the Property is in the best interest of the Debtor and will facilitate his ability to perform under his Chapter 13 Plan filed herein.

4. The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

ROSINA DENISE COOK

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:                )
                      )
ROSINA DENISE COOK    )    Case No. 16-32472-KRH
                      )    Chapter 13
            Debtor    )

## NOTICE OF MOTION AND HEARING

The above Debtor has filed Motion to Incur Debt in the above matter.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA 23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **May 13, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: May 6, 2020                                ROSINA DENISE COOK

                                                  By: /s/ James E. Kane
                                                              Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                  /s/ James E. Kane
                                                      James E. Kane

EXHIBIT A

**MOVEMENT MORTGAGE, LLC**
8024 CALVIN HALL ROAD · INDIAN LAND, SC 29707

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | | | |
|---|---|---|---|
| DATE ISSUED | 04/25/2020 | LOAN TERM | 30 years |
| APPLICANTS | ROSINA DENISE COOK<br>8902 MANSFIELD WOODS DRIVE<br>HENRICO, VA 23231 | PURPOSE | Refinance |
| | | PRODUCT | FIXED RATE |
| | | LOAN TYPE | ☐ Conventional ☒ FHA ☐ VA ☐ _____ |
| PROPERTY | 8902 MANSFIELD WOODS DRIVE<br>HENRICO, VA 23231 | LOAN ID# | 3116168 |
| EST. PROP. VALUE | $390,000 | RATE LOCK | ☒ NO ☐ YES, until |

Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **5/7/2020 8:00 PM EDT**

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $378,826 | **NO** |
| Interest Rate | 3.625% | **NO** |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,727.64 | **NO** |

| | | Does the loan have these features? |
|---|---|---|
| Prepayment Penalty | | **NO** |
| Balloon Payment | | **NO** |

## Projected Payments

| Payment Calculation | | Years 1-30 |
|---|---|---|
| Principal & Interest | | $1,727.64 |
| Mortgage Insurance | + | 261 |
| Estimated Escrow<br>*Amount can increase over time* | + | 307 |
| **Estimated Total Monthly Payment** | | **$2,296** |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $307<br>a month | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | In escrow?<br>YES<br>YES |
|---|---|---|---|

## Costs at Closing

| Estimated Closing Costs | $14,410 | Includes $12,196 in Loan Costs + $2,214 in Other Costs − $0 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| Estimated Cash to Close | $53 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.*<br>☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

# Closing Cost Details

## Loan Costs

| A. Origination Charges | $2,889 |
|---|---|
| 0.5% of Loan Amount (Points) | $1,894 |
| UNDERWRITING FEE | $995 |

| B. Services You Cannot Shop For | $7,267 |
|---|---|
| APPRAISAL | $600 |
| CREDIT REPORT FEE | $75 |
| FHA UPFRONT MIP | $6,515 |
| FLOOD CERTIFICATION FEE | $7 |
| IRS TRANSCRIPT FEE | $20 |
| VOE FEE | $50 |

| C. Services You Can Shop For | $2,040 |
|---|---|
| TITLE – ABSTRACT | $150 |
| TITLE – BINDER | $100 |
| TITLE – CLOSING PROTECTION LETTER (L) | $35 |
| TITLE – EXAMINATION | $200 |
| TITLE – LENDERS TITLE INSURANCE | $1,130 |
| TITLE – SETTLEMENT SERVICE | $425 |

| D. TOTAL LOAN COSTS (A + B + C) | $12,196 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $1,037 |
|---|---|
| Recording Fees and Other Taxes | $128 |
| Transfer Taxes | $909 |

| F. Prepaids | $564 |
|---|---|
| Homeowner's Insurance Premium (    months) | |
| Mortgage Insurance Premium (    months) | |
| Prepaid Interest ($37.62 per day for 15 days @ 3.625%) | $564 |
| Property Taxes (    months) | |

| G. Initial Escrow Payment at Closing | | | $613 |
|---|---|---|---|
| Homeowner's Insurance | $65.50 per month for | 2 mo. | $131 |
| Mortgage Insurance | per month for | mo. | |
| Property Taxes | $241.00 per month for | 2 mo. | $482 |

| H. Other | |
|---|---|

| I. TOTAL OTHER COSTS (E + F + G + H) | $2,214 |
|---|---|

| J. TOTAL CLOSING COSTS | $14,410 |
|---|---|
| D + I | $14,410 |
| Lender Credits | |

### Calculating Cash to Close

| Loan Amount | $378,826 |
|---|---|
| Total Closing Costs (J) | -$14,410 |
| Estimated Total Payoffs and Payments | -$364,363 |
| **Estimated Cash to Close** ☐ From ☒ To Borrower | $53 |
| Estimated Closing Costs Financed (Paid from your Loan Amount) | $14,410 |

18565.726    LOAN ESTIMATE    PAGE 2 OF 3 · LOAN ID #3116168

# Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | MOVEMENT MORTGAGE, LLC | **MORTGAGE BROKER** | |
| **NMLS / ___ LICENSE ID** | 39179 | **NMLS / ___ LICENSE ID** | |
| **LOAN OFFICER** | JEREMY ALLENBAUGH | **LOAN OFFICER** | |
| **NMLS / ___ LICENSE ID** | 249208 | **NMLS / ___ LICENSE ID** | |
| **EMAIL** | JEREMY.ALLENBAUGH@MOVEMENT.COM | **EMAIL** | |
| **PHONE** | (804)288-3872 | **PHONE** | |

## Comparisons
Use these measures to compare this loan with other loans.

| | | |
|---|---|---|
| **In 5 Years** | $131,480 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $38,305 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 4.707% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 64.327% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than *15* days late, we will charge a late fee of *4% of the overdue monthly principal and interest payment.* |
| **Liability after Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☐ to service your loan. If so, you will make your payments to us.<br>☒ to transfer servicing of your loan. |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____
ROSINA DENISE COOK                                    Date

```
Label Matrix for local noticing            Capital One Auto Finance                  Capital One Auto Finance c/o AIS Portfolio S
0422-3                                     P.O. Box 201347                           P.O. BOX 4360
Case 16-32472-KRH                          Arlington, TX 76006-1347                  Houston, TX 77210-4360
Eastern District of Virginia
Richmond
Thu Jun 20 16:17:08 EDT 2019

Capital One Auto Finance c/o AIS Portfolio S   Henrico County, Virginia              United States Bankruptcy Court
4515 N Santa Fe Ave. Dept. APS                 HENRICO CONTY                         701 East Broad Street
Oklahoma City, OK 73118-7901                   P.O. BOX 90775                        Richmond, VA 23219-1888
                                               HENRICO, VA 23273-0775


AMCA                                       Account Control Systems, Inc.            Ashley Funding Services, LLC its successors
P.O. Box 1235                              85 Chestnut Ridge Rd.                     assigns as assignee of Laboratory
Elmsford, NY 10523-0935                    Suite 113                                 Corporation of America Holdings
                                           Montvale, NJ 07645-1836                   Resurgent Capital Services
                                                                                     PO Box 10587
                                                                                     Greenville, SC 29603-0587

Bon Secours Memorial Regional Med Ctr      Bureaus Investment Group Portfolio No 15 LLC    Bureaus Investment Group Portfolio No 15 LLC
c/o Patrick F. Heinen, Esq.                c/o PRA Receivables Management, LLC             c/o Recovery Management Systems Corp
Spinella, Owings & Shaia, P.C.             PO Box 41021                                    25 SE 2nd Avenue Suite 1120
8550 Mayland Dr.                           Norfolk VA 23541-1021                           Miami FL 33131-1605
Richmond, VA 23294-4704

COUNTY OF HENRICO, VIRGINIA                Capital One                               Capital One Auto Finance
ANDREW R. NEWBY                            Po Box 30285                              7933 Preston Rd
ASSISTANT COUNTY ATTORNEY                  Salt Lake City, UT 84130-0285             Plano, TX 75024-2302
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

Capital One Auto Finance, a division of Capi   Capital One Auto Finance, c/o Ascension Capi    Capital One Bank (USA), N.A.
4515 N Santa Fe Ave. Dept. APS                 P.O. Box 201347                                 PO Box 71083
Oklahoma City, OK 73118-7901                   Arlington, TX 76006-1347                        Charlotte, NC  28272-1083


Comenity Bank/Victoria Secret              Commonwealth of Virginia                  County of Henrico, VA
Po Box 18215                               Department of Taxation                    PO Box 90775
Columbus, OH 43218-0000                    P.O. Box 2156                             Dept of Finance
                                           Richmond, VA 23218-2156                   Henrico, VA 23273-0775


Department Store National Bank             Dr. Overton Wiley Kirchmer                ECMC
c/o Quantum3 Group LLC                     10410 Ridgefield Pkwy.                    PO Box 16408
PO Box 657                                 Henrico, VA 23233-3500                    St. Paul, MN 55116-0408
Kirkland, WA  98083-0657


(c)ECMC                                    FMS, Inc.                                 Firstsource Advantage, LLC
3505 HIGHPOINT DR N                        PO Box 707600                             PO Box 628
OAKDALE MN  55128-7577                     Tulsa, OK 74170-7600                      Buffalo, NY 14240-0628


(p)FOCUSED RECOVERY SOLUTIONS              Ginny's                                   Ginnys/Swiss Colony Inc
9701 METROPOLITAN COURT                    c/o Creditors Bankruptcy Service          1112 7th Ave
STE B                                      P.O. Box 800849                           Monroe, WI 53566-1364
RICHMOND VA 23236-3690                     Dallas, TX 75380-0849
```

| | | |
|---|---|---|
| Glasser & Glasser<br>580 E. Main St.<br>Suite 600<br>Norfolk, VA 23510-2322 | Henrico Area Mental Health<br>10299 Woodman Rd.<br>Glen Allen, VA 23060-4419 | IC Systems, Inc<br>444 Highway 96 East<br>Po Box 64378<br>St Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MCV HOSPITAL<br>P O BOX 980462<br>RICHMOND, VA 23298-0462 |
| MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| POM Recoveries<br>PO Box 602<br>Lindenhurst, NY 11757-0602 | Pediatric Center<br>10571 Telegraph Rd.<br>Suite 110<br>Glen Allen, VA 23059-4652 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Bureau of Collect<br>P.O. Box 4157<br>Englewood, CO 80155-4157 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 | Synchrony Bank/PayPal Cr<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| The Bureaus Inc.<br>650 Dundee Rd<br>Ste 370<br>Northbrook, IL 60062-2757 | Virginia Department of Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Wells Fargo Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A. - Wells Fargo Auto Fi<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| Rosina Denise Cook<br>6464 Springcrest Lane<br>Henrico, VA 23231-5324 | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Focused Recovery Solutions           Internal Revenue Service          Portfolio Recovery
9701-Metropolitan Ct                 Kansas City, MO 64999-0002        Attn: Bankruptcy
Ste B                                                                  Po Box 41067
Richmond, VA 23236-0000                                                Norfolk, VA 23541-0000


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

                    Addresses marked (c) above for the following entity/entities were corrected
                         as required by the USPS Locatable Address Conversion System (LACS).

```
Ecmc
1 Imation Place
Bldg 2
Oakdale, MN 55128-0000
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wellsfargo bank n.a.              End of Label Matrix
                                     Mailable recipients   55
                                     Bypassed recipients    1
                                     Total                 56
```