# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROSINA DENISE COOK ) | Case No. 16-32472-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## AMENDED MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for her Amended Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 16, 2016.

2. The Debtor has applied for and Movement Mortgage, LLC has approved a loan to the Debtor in the amount of $378,826.00 plus interest at 3.625% per annum to be repaid with 360 equal monthly payments of $2,296.00 for the refinancing of the loan on her home located at 8902 Mansfield Woods Drive, Henrico, VA 23231. A copy of the Closing Disclosure is attached hereto as Exhibit "A" and incorporated herein by this reference. The closing costs are to be paid by the Debtor.

3. The refinancing of the loan is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein.

4. The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

ROSINA DENISE COOK

By: /s/ James E. Kane
     Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROSINA DENISE COOK ) | Case No. 16-32472-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## AMENDED NOTICE OF MOTION AND HEARING

The above Debtor has filed an Amended Motion to Incur Debt in the above matter.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **June 3, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219**. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  May 27, 2020                                                        ROSINA DENISE COOK


                                                                              By: /s/ James E. Kane
                                                                                        Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                                              /s/ James E. Kane
                                                                              James E. Kane

EXHIBIT A

MOVEMENT MORTGAGE, LLC
8024 CALVIN HALL ROAD · INDIAN LAND, SC 29707

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | | | |
|---|---|---|---|
| **DATE ISSUED** | 04/25/2020 | **LOAN TERM** | 30 years |
| **APPLICANTS** | ROSINA DENISE COOK<br>8902 MANSFIELD WOODS DRIVE<br>HENRICO, VA 23231 | **PURPOSE**<br>**PRODUCT**<br>**LOAN TYPE** | Refinance<br>FIXED RATE<br>☐ Conventional ☒ FHA ☐ VA ☐ _____ |
| **PROPERTY** | 8902 MANSFIELD WOODS DRIVE<br>HENRICO, VA 23231 | **LOAN ID#**<br>**RATE LOCK** | 3116168<br>☒ NO ☐ YES, until |
| **EST. PROP. VALUE** | $390,000 | | Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **5/7/2020 8:00 PM EDT** |

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $378,826 | **NO** |
| Interest Rate | 3.625% | **NO** |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,727.64 | **NO** |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | **NO** |
| Balloon Payment | | **NO** |

| Projected Payments | | |
|---|---|---|
| **Payment Calculation** | | **Years 1-30** |
| Principal & Interest | | $1,727.64 |
| Mortgage Insurance | + | 261 |
| Estimated Escrow<br>*Amount can increase over time* | + | 307 |
| **Estimated Total Monthly Payment** | | **$2,296** |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $307<br>a month | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | In escrow?<br>YES<br>YES |
|---|---|---|---|

| Costs at Closing | | |
|---|---|---|
| Estimated Closing Costs | $14,410 | Includes $12,196 in Loan Costs + $2,214 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| Estimated Cash to Close | $53 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.*<br>☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

## Closing Cost Details

### Loan Costs

| A. Origination Charges | $2,889 |
|---|---|
| 0.5% of Loan Amount (Points) | $1,894 |
| UNDERWRITING FEE | $995 |

| B. Services You Cannot Shop For | $7,267 |
|---|---|
| APPRAISAL | $600 |
| CREDIT REPORT FEE | $75 |
| FHA UPFRONT MIP | $6,515 |
| FLOOD CERTIFICATION FEE | $7 |
| IRS TRANSCRIPT FEE | $20 |
| VOE FEE | $50 |

| C. Services You Can Shop For | $2,040 |
|---|---|
| TITLE – ABSTRACT | $150 |
| TITLE – BINDER | $100 |
| TITLE – CLOSING PROTECTION LETTER (L) | $35 |
| TITLE – EXAMINATION | $200 |
| TITLE – LENDERS TITLE INSURANCE | $1,130 |
| TITLE – SETTLEMENT SERVICE | $425 |

| D. TOTAL LOAN COSTS (A + B + C) | $12,196 |
|---|---|

### Other Costs

| E. Taxes and Other Government Fees | $1,037 |
|---|---|
| Recording Fees and Other Taxes | $128 |
| Transfer Taxes | $909 |

| F. Prepaids | $564 |
|---|---|
| Homeowner's Insurance Premium (    months) | |
| Mortgage Insurance Premium (    months) | |
| Prepaid Interest ($37.62 per day for 15 days @ 3.625%) | $564 |
| Property Taxes (    months) | |

| G. Initial Escrow Payment at Closing | | | $613 |
|---|---|---|---|
| Homeowner's Insurance | $65.50 per month for | 2  mo. | $131 |
| Mortgage Insurance | per month for | mo. | |
| Property Taxes | $241.00 per month for | 2  mo. | $482 |

| H. Other | |
|---|---|

| I. TOTAL OTHER COSTS (E + F + G + H) | $2,214 |
|---|---|

| J. TOTAL CLOSING COSTS | $14,410 |
|---|---|
| D + I | $14,410 |
| Lender Credits | |

### Calculating Cash to Close

| Loan Amount | $378,826 |
|---|---|
| Total Closing Costs (J) | -$14,410 |
| Estimated Total Payoffs and Payments | -$364,363 |
| **Estimated Cash to Close** ☐ From ☒ To Borrower | $53 |
| Estimated Closing Costs Financed (Paid from your Loan Amount) | $14,410 |

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | MOVEMENT MORTGAGE, LLC | **MORTGAGE BROKER** | |
| **NMLS / ___ LICENSE ID** | 39179 | **NMLS / ___ LICENSE ID** | |
| **LOAN OFFICER** | JEREMY ALLENBAUGH | **LOAN OFFICER** | |
| **NMLS / ___ LICENSE ID** | 249208 | **NMLS / ___ LICENSE ID** | |
| **EMAIL** | JEREMY.ALLENBAUGH@MOVEMENT.COM | **EMAIL** | |
| **PHONE** | (804)288-3872 | **PHONE** | |

| **Comparisons** | Use these measures to compare this loan with other loans. | |
|---|---|---|
| **In 5 Years** | $131,480 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $38,305 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 4.707% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 64.327% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than *15* days late, we will charge a late fee of *4% of the overdue monthly principal and interest payment.* |
| **Liability after Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☐ to service your loan. If so, you will make your payments to us.<br>☒ to transfer servicing of your loan. |

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____
ROSINA DENISE COOK                                          Date

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-32472-KRH<br>Eastern District of Virginia<br>Richmond<br>Thu Jun 20 16:17:08 EDT 2019 | Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance c/o AIS Portfolio S<br>P.O. BOX 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance c/o AIS Portfolio S<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Henrico County, Virginia<br>HENRICO CONTY<br>P.O. BOX 90775<br>HENRICO, VA 23273-0775 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| AMCA<br>P.O. Box 1235<br>Elmsford, NY 10523-0935 | Account Control Systems, Inc.<br>85 Chestnut Ridge Rd.<br>Suite 113<br>Montvale, NJ 07645-1836 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bon Secours Memorial Regional Med Ctr<br>c/o Patrick F. Heinen, Esq.<br>Spinella, Owings & Shaia, P.C.<br>8550 Mayland Dr.<br>Richmond, VA 23294-4704 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| COUNTY OF HENRICO, VIRGINIA<br>ANDREW R. NEWBY<br>ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024-2302 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Comenity Bank/Victoria Secret<br>Po Box 18215<br>Columbus, OH 43218-0000 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | County of Henrico, VA<br>PO Box 90775<br>Dept of Finance<br>Henrico, VA 23273-0775 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dr. Overton Wiley Kirchmer<br>10410 Ridgefield Pkwy.<br>Henrico, VA 23233-3500 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| (c)ECMC<br>3505 HIGHPOINT DR N<br>OAKDALE MN  55128-7577 | FMS, Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Firstsource Advantage, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 |
| (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Ginnys/Swiss Colony Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 |

| | | |
|---|---|---|
| Glasser & Glasser<br>580 E. Main St.<br>Suite 600<br>Norfolk, VA 23510-2322 | Henrico Area Mental Health<br>10299 Woodman Rd.<br>Glen Allen, VA 23060-4419 | IC Systems, Inc<br>444 Highway 96 East<br>Po Box 64378<br>St Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MCV HOSPITAL<br>P O BOX 980462<br>RICHMOND, VA 23298-0462 |
| MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| POM Recoveries<br>PO Box 602<br>Lindenhurst, NY 11757-0602 | Pediatric Center<br>10571 Telegraph Rd.<br>Suite 110<br>Glen Allen, VA 23059-4652 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Bureau of Collect<br>P.O. Box 4157<br>Englewood, CO 80155-4157 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 | Synchrony Bank/PayPal Cr<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| The Bureaus Inc.<br>650 Dundee Rd<br>Ste 370<br>Northbrook, IL 60062-2757 | Virginia Department of Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Wells Fargo Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A. - Wells Fargo Auto Fi<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| Rosina Denise Cook<br>6464 Springcrest Lane<br>Henrico, VA 23231-5324 | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Focused Recovery Solutions        Internal Revenue Service        Portfolio Recovery
9701-Metropolitan Ct              Kansas City, MO 64999-0002      Attn: Bankruptcy
Ste B                                                             Po Box 41067
Richmond, VA 23236-0000                                           Norfolk, VA 23541-0000


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

                    Addresses marked (c) above for the following entity/entities were corrected
                          as required by the USPS Locatable Address Conversion System (LACS).

```
Ecmc
1 Imation Place
Bldg 2
Oakdale, MN 55128-0000
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wellsfargo bank n.a.              End of Label Matrix
                                     Mailable recipients    55
                                     Bypassed recipients     1
                                     Total                  56
```