IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROSINA DENISE COOK ) | Case No. 16-32472-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON AMENDED**
**MOTION TO INCUR DEBT AND TO SHORTED NOTICE PERIOD**

COMES NOW the Debtor, by counsel, and moves this Court to Expedite the Hearing on her Amended Motion to Incur Debt and to Shorten Notice Period, and in support thereof states as follows:

1.  The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 16, 2010.

2.  The Debtor has applied for and Movement Mortgage, LLC has approved a loan to the Debtor in the amount of $378,826.00 plus interest at 3.625% per annum to be repaid with 360 equal monthly payments of $2,296.00 for the refinancing of the loan on her home located at 8902 Mansfield Woods Drive, Henrico, VA 23231. The closing costs are to be paid by the Debtor.

3.  The refinancing of the loan is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein.

4.  The Debtor's Chapter 13 Plan has been confirmed.

1

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on the Amended Motion to Incur Debt, Shorten the Notice Period required for said Motion, and grant such other and further relief as is just and proper.

Dated: May 27, 2020                                            ROSINA DENISE COOK

                                                               By: /s/ James E. Kane
                                                                        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

# CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2. I have not created the emergency through any lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without hearing.

                                                               By:    /s/ James E. Kane
                                                                        James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROSINA DENISE COOK ) | Case No. 16-32472-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to the Amended Motion to Incur Debt.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **June 3, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  May 27, 2020                                                    ROSINA DENISE COOK


                                                                         By:  /s/ James E. Kane
                                                                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

```
Label Matrix for local noticing          Capital One Auto Finance                 Capital One Auto Finance c/o AIS Portfolio S
0422-3                                   P.O. Box 201347                          P.O. BOX 4360
Case 16-32472-KRH                        Arlington, TX 76006-1347                 Houston, TX 77210-4360
Eastern District of Virginia
Richmond
Thu Jun 20 16:17:08 EDT 2019

Capital One Auto Finance c/o AIS Portfolio S   Henrico County, Virginia           United States Bankruptcy Court
4515 N Santa Fe Ave. Dept. APS                 HENRICO CONTY                      701 East Broad Street
Oklahoma City, OK 73118-7901                   P.O. BOX 90775                     Richmond, VA 23219-1888
                                               HENRICO, VA 23273-0775


AMCA                                     Account Control Systems, Inc.           Ashley Funding Services, LLC its successors
P.O. Box 1235                            85 Chestnut Ridge Rd.                   assigns as assignee of Laboratory
Elmsford, NY 10523-0935                  Suite 113                               Corporation of America Holdings
                                         Montvale, NJ 07645-1836                 Resurgent Capital Services
                                                                                 PO Box 10587
                                                                                 Greenville, SC 29603-0587

Bon Secours Memorial Regional Med Ctr    Bureaus Investment Group Portfolio No 15 LLC   Bureaus Investment Group Portfolio No 15 LLC
c/o Patrick F. Heinen, Esq.              c/o PRA Receivables Management, LLC            c/o Recovery Management Systems Corp
Spinella, Owings & Shaia, P.C.           PO Box 41021                                   25 SE 2nd Avenue Suite 1120
8550 Mayland Dr.                         Norfolk VA 23541-1021                          Miami FL 33131-1605
Richmond, VA 23294-4704

COUNTY OF HENRICO, VIRGINIA              Capital One                             Capital One Auto Finance
ANDREW R. NEWBY                          Po Box 30285                            7933 Preston Rd
ASSISTANT COUNTY ATTORNEY                Salt Lake City, UT 84130-0285           Plano, TX 75024-2302
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

Capital One Auto Finance, a division of Capi   Capital One Auto Finance, c/o Ascension Capi   Capital One Bank (USA), N.A.
4515 N Santa Fe Ave. Dept. APS                 P.O. Box 201347                                PO Box 71083
Oklahoma City, OK 73118-7901                   Arlington, TX 76006-1347                       Charlotte, NC  28272-1083


Comenity Bank/Victoria Secret            Commonwealth of Virginia                County of Henrico, VA
Po Box 18215                             Department of Taxation                  PO Box 90775
Columbus, OH 43218-0000                  P.O. Box 2156                           Dept of Finance
                                         Richmond, VA 23218-2156                 Henrico, VA 23273-0775


Department Store National Bank           Dr. Overton Wiley Kirchmer              ECMC
c/o Quantum3 Group LLC                   10410 Ridgefield Pkwy.                  PO Box 16408
PO Box 657                               Henrico, VA 23233-3500                  St. Paul, MN 55116-0408
Kirkland, WA  98083-0657


(c)ECMC                                  FMS, Inc.                               Firstsource Advantage, LLC
3505 HIGHPOINT DR N                      PO Box 707600                           PO Box 628
OAKDALE MN  55128-7577                   Tulsa, OK 74170-7600                    Buffalo, NY 14240-0628


(p)FOCUSED RECOVERY SOLUTIONS            Ginny's                                 Ginnys/Swiss Colony Inc
9701 METROPOLITAN COURT                  c/o Creditors Bankruptcy Service        1112 7th Ave
STE B                                    P.O. Box 800849                         Monroe, WI 53566-1364
RICHMOND VA 23236-3690                   Dallas, TX 75380-0849
```

| | | |
|---|---|---|
| Glasser & Glasser<br>580 E. Main St.<br>Suite 600<br>Norfolk, VA 23510-2322 | Henrico Area Mental Health<br>10299 Woodman Rd.<br>Glen Allen, VA 23060-4419 | IC Systems, Inc<br>444 Highway 96 East<br>Po Box 64378<br>St Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MCV HOSPITAL<br>P O BOX 980462<br>RICHMOND, VA 23298-0462 |
| MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| POM Recoveries<br>PO Box 602<br>Lindenhurst, NY 11757-0602 | Pediatric Center<br>10571 Telegraph Rd.<br>Suite 110<br>Glen Allen, VA 23059-4652 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Bureau of Collect<br>P.O. Box 4157<br>Englewood, CO 80155-4157 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 | Synchrony Bank/PayPal Cr<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| The Bureaus Inc.<br>650 Dundee Rd<br>Ste 370<br>Northbrook, IL 60062-2757 | Virginia Department of Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Wells Fargo Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A. - Wells Fargo Auto Fi<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| Rosina Denise Cook<br>6464 Springcrest Lane<br>Henrico, VA 23231-5324 | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Focused Recovery Solutions          Internal Revenue Service           Portfolio Recovery
9701-Metropolitan Ct                Kansas City, MO 64999-0002         Attn: Bankruptcy
Ste B                                                                  Po Box 41067
Richmond, VA 23236-0000                                                Norfolk, VA 23541-0000


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541




                       Addresses marked (c) above for the following entity/entities were corrected
                             as required by the USPS Locatable Address Conversion System (LACS).



Ecmc
1 Imation Place
Bldg 2
Oakdale, MN 55128-0000




               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(u)Wellsfargo bank n.a.             End of Label Matrix
                                    Mailable recipients    55
                                    Bypassed recipients     1
                                    Total                  56
```